AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| THANH THACH ) | |
| ) | **FILE COPY** |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:13cv551 |
| TRANS UNION, LLC, et al. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNION, LLC
Serve: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 16 2013                    **FILE COPY**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Eastern District of Virginia

FILE COPY

| | |
|---|---|
| THANH THACH <br><br> *Plaintiff* <br><br> v. <br> TRANS UNION, LLC, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:13 CV551 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAPITAL ONE, NATIONAL ASSOCIATION
Serve: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 16 2013

FILE COPY

*Signature of Clerk or Deputy Clerk*