IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THANH THACH,

    Plaintiff,

v.        **Civil No. 3:13-CV-00551-HEH**

TRANS UNION, LLC and CAPITAL ONE,
NATIONAL ASSOCIATION,

    Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

1. Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Trans Union LLC ("Trans Union") in the above captioned action, certifies that the following are the: a) parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public and any publicly held entity (corporate or otherwise) that owns 10% or more of Trans Union's stock, and b) all members of Trans Union: TransUnion Corp. and TransUnion Holding Company, Inc.

2. In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Trans Union hereby discloses to the Court: : Trans Union is wholly owned by TransUnion Corp., which is wholly owned by TransUnion Holding Company, Inc. TransUnion Holding Company, Inc., is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a publicly traded entity. No public company owns 10 percent or more of the stock in Trans Union.

2

                                        Respectfully submitted,

/s/
Michael R. Ward
Virginia State Bar #41133
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218
(804) 344-8300
(804) 344-8539 Fax
mward@morrismorris.com

DATED:  September 6, 2013.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6 day of September, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Leonard Anthony Bennett
lenbennett@clalegal.com
Consumer Litigation Assoc PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 Fax
and
Andrew Joseph Guzzo
aguzzo@siplfirm.com
Kristi Cahoon Kelly
kkelly@siplfirm.com
Surovelll Isaacs Peterson & Levy PLC
4010 University Drive, Suite 200
Farifax, VA 22030
(703) 251-5400
(703) 591-9285 Fax
*Counsel for Plaintiff*

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user: None.

/s/
Michael R. Ward
Virginia State Bar #41133
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218-0030
(804) 344-8300
(804) 344-8539 Fax
mward@morrismorris.com

3