AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| THANH THACH <br><br> *Plaintiff* <br><br> v. <br><br> TRANS UNION, LLC, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:13 CV 551 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAPITAL ONE, NATIONAL ASSOCIATION
Serve: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 16 2013

_____
Signature of Clerk or Deputy Clerk

**The Marston Agency, Inc.** 08/27/13
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)
**RETURN ON SERVICE**

| | | | |
|---|---|---|---|
| **Plaintiff:** | Thanh Thach | **Court:** | United States District Court |
| **Defendant:** | Trans Union, LLC. et al | **Case:** | 3:13cv551 |
| **Serve:** | Capital One, National Association<br>Serve: Corporation Service Company<br>1111 East Main Street, 16th Floor<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Kristi C. Kelly, Esq.<br>4010 University Dr.<br>2nd Fl.<br>Fairfax, VA 22030 | **Phone:** | 7032779774 |

**Type(s) of Writ(s)** paper:1592463

Summons in a Civil Action    Complaint

Witness/Defendant Capital One, National Association was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _C. Denby_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 8-28-13    Served Time: 930

Signature of Process Server

Notary

State of: Virginia    (County/City of:  (Henrico), VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this _29_ day of (Aug/Sep 20 _13_
Notary Public:

Type of Service: A    Auth Attempts: 1    Order: 316208    1 Day Rush: No    2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**
Rene Nordquist, per affidavit



BARBARA L. SEAY
NOTARY PUBLIC
REG # 7520056
MY COMMISSION EXPIRES
9/30/2016
COMMONWEALTH OF VIRGINIA

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
| Amy Tarker | Kari Childress | John Isom |
| Dustin Kline | Carleen Thornley | Emma P. Breeden |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 15th day of August 2013.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 15 day of August 2013, by George A. Massih III.

_____
Notary Public

My Commission Expires: 7-16-16

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

THANH THACH )
)
*Plaintiff* )
v. ) Civil Action No. 3:13CV551
TRANS UNION, LLC, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNION, LLC
Serve: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 16 2013

_____
*Signature of Clerk or Deputy Clerk*

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

08/27/13

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Thanh Thach | **Court:** | United States District Court |
| **Defendant:** | Trans Union, LLC. et al | **Case:** | 3:13cv551 |
| **Serve:** | Trans Union, LLC<br>Serve: Corporation Service Co<br>1111 E Main St, 16th Floor<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Kristi C. Kelly, Esq.<br>4010 University Dr.<br>2nd Fl.<br>Fairfax, VA 22030 | **Phone:** | 7032779774 |

**Type(s) of Writ(s)**　　　　　　　　　　　　　　　　　　　　　　paper:1592465

Summons in a Civil Action　　　　　Complaint

Witness/Defendant Trans Union, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _C. Denby_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.
**Served Date:** 8-28-13　　　　**Served Time:** 930

Signature of Process Server

Notary
**State of:** Virginia　　　　　　　　　　　　**County/City of:** (Henrico) VA Beach, Prince William, Rockingham.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this _29_ day of (Aug)/Sep 20_13_.
Notary Public: _BS_

| Type of Service: A | Auth Attempts: 1 | Order: 316208 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Rene Nordquist, per affidavit



BARBARA L. SEAY
NOTARY PUBLIC
REG # 7520056
MY COMMISSION EXPIRES
9/30/2016
COMMONWEALTH OF VIRGINIA

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
| Amy Tarker | Kari Childress | John Isom |
| Dustin Kline | Carleen Thornley | Emma P. Breeden |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 15th day of August 2013.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 15 day of August 2013, by George A. Massih III.

_____
Notary Public

My Commission Expires: 7-16-16